## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

    v.                     :  **CRIMINAL NO. 11-349**

DARRYL LAMOOR THOMAS   :

## ORDER

AND NOW, this *13th* day of *October* 2017, upon consideration of the

Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that the motion is granted.

BY THE COURT:

THE HONORABLE MICHAEL M. BAYLSON
United States District Judge